John H. Gardner, Appellant, vs. Benjamin L. Curtis, Caroline A. Hall, Julia W. Kelly and H. T. Blocker, Receiver of the Apalachicola Land Company, Appellees.

Appeal from Circuit Court, Leon county; John F. White, Judge.

T. L. Clarke, for Appellant.

Fred. T. Myers, for Appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants, and the complainant appeals.

Appeal dismissed on praecipe of counsel for appellant.